# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Jennifer C. Pauling & Joseph C. Pauling__ Case No. __19 B 25204__ Chapter __13__

All Cases: Moving Creditor __Santander Consumer USA Inc. (Chrysler Capital)__ Date Case Filed __9/6/19__

Nature of Relief Sought: ☑ Lift Stay  ☐ Annul Stay  ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __12/13/19__

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☑ Car  Year, Make, and Model __2015 Dodge Durango__
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date  $ __30,962.64__
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ __23,375.00__

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____  Amount $ _____
   
   b. ☑ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____  Amount $ _____
      ii. ☑ On payments to the Standing Chapter 13 Trustee
         Number of months __4__  Amount $ __3,300.00__

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☑ No insurance
      ii. ☐ Taxes unpaid  Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) _____
   
   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   
   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____
   
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: __7/26/21__  __/s/ Cari A. Kauffman__
Counsel for Movant

(Rev. 12 /21/09)